UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE No. 3:20-cr-95-J-39MCR

RICHARD EVERETT CAMP, JR.

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An Information is pending in this Court against RICHARD EVERETT CAMP, JR. in the above styled case, and it is set for initial appearance and change of plea as to said defendant at Jacksonville, Florida, on July 22, 2020 at 11 a.m..

2. The defendant is now confined at the Montgomery Correctional Center.

3. It is necessary to have said defendant before this Court for initial appearance and change of plea as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into

custody the body of the said defendant and have him before this Court at the time and place above specified for initial appearance and change of plea, and upon completion of proceedings in this case to return the said defendant to the custody of the Sheriff of the Montgomery Correctional Center, and also directing the said Sheriff of the Montgomery Correction Center, to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

Date: July 9, 2020

                           Respectfully submitted,

                           MARIA CHAPA LOPEZ
                           United States Attorney

By:   */s/ Bonnie Glober*
       BONNIE GLOBER
       Assistant United States Attorney
       Florida Bar No. 0748307
       300 N. Hogan Street, Suite 700
       Jacksonville, Florida 32202
       Telephone:  (904) 301-6300
       Facsimile:   (904) 301-6310
       E-mail:      bonnie.glober@usdoj.gov

By:   */s/ Frank Talbot*
       FRANK TALBOT
       Assistant United States Attorney
       Florida Bar No. 024661
       300 N. Hogan Street, Suite 700
       Jacksonville, Florida 32202
       Telephone:  (904) 301-6300
       Facsimile:   (904) 301-6295
       E-mail:      frank.m.talbot@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:20-cr-95-J-39MCR

RICHARD EVERETT CAMP, JR.

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   ANY UNITED STATES MARSHAL; and

SHERIFF, Montgomery Correctional Center

It appearing from the petition of the United States of America that the defendant in the above case, RICHARD EVERETT CAMP, JR., is confined in the Montgomery Correctional Center in Jacksonville, Florida, and that this case is set for initial appearance and change of plea as to said defendant on July 22, 2020, at 11 a.m., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said RICHARD EVERETT CAMP, JR. now detained in custody as aforesaid, under safe and secure conduct, before this Court on July 22, 2020, at Jacksonville, Florida, by or before 11 a.m., for initial appearance and change of plea on criminal charges pending

against him in this cause.

And this is to command you, Sheriff, of the Montgomery Correctional Center, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return RICHARD EVERETT CAMP, JR. with all convenient speed, under safe and secure conduct to the custody of the Sheriff, of the Montgomery Correctional Center.

DONE and ORDERED at Jacksonville, Florida, this ____ day of July, 2020.

_____
MONTE C. RICHARDSON
United States Magistrate Judge

# AUSA REQUEST/WRIT OF HABEAS CORPUS

To: William B. Berger, Sr.
United States Marshal

From: Bonnie Glober
Frank Talbot
Assistant United States Attorney

Subject: AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name: RICHARD EVERETT CAMP, JR.

AKA: N/A

DOB or Age: 5/3/1983    Race: White    Sex: Male

Booking No: 826967    BOP No: N/A    FBI No: N/A

Federal/State Charges: State Charges

Institution's Phone No.: (904) 630-5760

Case Agent: Tom Simon  Agency: FBI    Phone No: (904) 248-7000

Other Special Handling, Medical, or Separatee Information: N/A

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED
TO THE AUSA REQUEST OR COPY OF WRIT**