UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        Case No:  3:20-CR-95-J-39MCR

RICHARD EVERETT CAMP, JR.
_____/

**CONSENT
MOTION TO FILE SENTENCING MEMORANDUM
IN EXCESS OF 25 PAGES**

COMES NOW the Defendant, Richard Everett Camp Jr., by and through his
undersigned counsel, pursuant to Rule 3.01(d), Local Rules for the Middle District
of Florida, and hereby requests permission to file a sentencing memorandum, in
excess of twenty-five (25) pages, not to exceed thirty (30) pages total (that is, up to
5 additional pages), and in support hereof, states as follows:

1.      In preparation for the May 25, 2021 sentencing hearing, undersigned
counsel is in the process of drafting a sentencing memorandum, which will provide
relevant sentencing information, as well as detailed objections to the final PSI (which
we expect to receive shortly prior to the sentencing hearing).  However, since we do
not yet have the final PSI, counsel cannot accurately predict how many disputed
issues will remain in the PSI that will need to be addressed, and thus cannot
accurately predict the number of pages needed to address any remaining disputed

issues.

2.      In addition, due to the age of the case, and the fact that it started as state case, this case requires additional analysis of fact and law.

3.      Further, in light of the recent amendment to the Local Rules of the Middle District of Florida, pleadings are now required to be filed in 14 font, as opposed to the standard 12 font.  Thus, what counsel previously would have been able to include within 25 pages of a pleading containing 12 font, will now require additional pages to fully incorporate the same amount of material.

4.      As noted, depending on the final PSI, counsel may be able to file a sentencing memorandum no longer than 25 pages (and will certainly strive to do so). However, in an abundance of caution, and given the current unknowns, counsel respectfully requests permission to file a sentencing memorandum up to 30 pages in length, that is, about 5 pages over the permitted page limit.

5.      Counsel has conferred with counsel for the government, and has been permitted to inform the Court the government has no objection to this motion.

WHEREFORE, Defendant, Richard Camp, respectfully requests this motion be granted, and that defendant, Richard Camp, be allowed to file a sentencing memorandum, containing up to an additional five (5) pages (that is, in addition to the standard 25 pages).

Respectfully submitted,

**FALLGATTER CATLIN
& VARON, P.A.**

  /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No:  0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com
Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing, and the exhibits hereto, have been furnished electronically to:  (1) Frank Talbot, Esq. (Frank.M.Talbot@usdoj.gov) and (2) Bonnie Glober, Esq. (Bonnie.Glober@usdoj.gov), Office of the United States Attorney, 300 N. Hogan St., Ste. 700, Jacksonville, FL  32202, this 7th day of May, 2021.

  /s/ Curtis S. Fallgatter
ATTORNEY

106201

3