UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:20-cr-95-BJD-MCR

RICHARD EVERETT CAMP, JR.

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a two-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Richard Everett Camp, Jr., provided truthful and timely information to the United States regarding his co-conspirators and attempted to provide information regarding other matters.

The United States believes that, because of his efforts on behalf of the United States, Richard Everett Camp, Jr. should receive a two-level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

          Respectfully submitted,

          KARIN HOPPMANN
          Acting United States Attorney

By:   */s/ Bonnie Glober*
      BONNIE GLOBER
      Assistant United States Attorney
      Florida Bar No. 0748307
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:   (904) 301-6300
      Facsimile:   (904) 301-6310
      E-mail: Bonnie.Glober@usdoj.gov

U.S. v. RICHARD EVERETT CAMP, JR.        Case No. 3:20-cr-95-BJD-MCR

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Curtis Fallgatter, Esq.

Irish Anderson, U.S. Probation Officer

/s/ Bonnie Glober
BONNIE GLOBER
Assistant United States Attorney