UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No:  3:20-CR-95-J-39MCR

RICHARD EVERETT CAMP, JR.
_____/

**AMENDED[1] SECOND
MOTION TO FILE SENTENCING MEMORANDUM
IN EXCESS OF 25 PAGES**

COMES NOW the Defendant, Richard Everett Camp Jr., by and through his undersigned counsel, pursuant to Rule 3.01(d), Local Rules for the Middle District of Florida, and hereby requests permission to file a sentencing memorandum, in excess of twenty-five (25) pages, not to exceed fifty (50) pages total, and in support hereof, states as follows:

1.  On May 7, 2021, Mr. Camp filed a Consent Motion to File Sentencing Memorandum in Excess of 25 Pages, not to exceed 30 pages, due to the fact that the final PSI had not been released, and counsel could not accurately predict how many disputed issues would remain in the PSI that would need to be addressed, in addition to the new Middle District of Florida requirement that all pleadings be filed in 14

---

[1] Paragraph 3 of the May 18, 2021 Second Motion to File Sentencing Memorandum in Excess of 25 pages (Doc. 39) inadvertently failed to cite the case and docket number referenced.  Thus, this amended motion corrects that error.

font.  Doc. 33.

2. On May 14, 2021, the Court entered an endorsed order granting the Defendant's motion.  Doc. 35.

3. On May 18, 2021, the Mr. Camp's codefendant, Gretchen Camp, filed a 55 page Sentencing Memorandum, in addition to 544 pages of exhibits.  MDF Case No: 3:21-cr-00009 – Doc. 37.

4. After reviewing the codefendant's extensive pleading, counsel has ascertained that both the pleading and the 544 pages of exhibits are replete with adverse statements regarding Mr. Camp.  Clearly, Gretchen Camp, the mastermind of the fraud, seeks to minimize her involvement in a manner prejudicial to Mr. Camp.  For that reason, counsel for Mr. Camp will, of necessity, need to expand his anticipated sentencing memorandum to address these claims.[2]

5. As a result, counsel will need more pages for his sentencing memorandum to address these unexpected claims.

6. Counsel has conferred with counsel for the government, and has been permitted to inform the Court the government has no objection to this motion.

WHEREFORE, Defendant, Richard Camp, respectfully requests this motion

---

[2] Obviously, counsel for Gretchen Camp are well aware that Gretchen Camp and Everett Camp have the same sentencing judge, and thus know their claims have the potential to prejudice Mr. Camp with his sentencing judge.

be granted, and that defendant, Richard Camp, be allowed to file a sentencing memorandum, containing no more than fifty (50) pages.

                Respectfully submitted,

                **FALLGATTER CATLIN**
                **& VARON, P.A.**

                  /s/ Curtis S. Fallgatter
                Curtis S. Fallgatter, Esq.
                Florida Bar No:  0213225
                200 East Forsyth Street
                Jacksonville, Florida 32202
                (904) 353-5800 Telephone
                (904) 353-5801 Facsimile
                fallgatterlaw@fallgatterlaw.com
                Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, and the exhibits hereto, have been furnished electronically to:  (1) Frank Talbot, Esq. (Frank.M.Talbot@usdoj.gov) and (2) Bonnie Glober, Esq. (Bonnie.Glober@usdoj.gov), Office of the United States Attorney, 300 N. Hogan St., Ste. 700, Jacksonville, FL   32202, and (3) Irish Anderson (irish_anderson@flmp.uscourts.gov), this 19th day of May, 2021.

                  /s/ Curtis S. Fallgatter
                ATTORNEY

106657