UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No: 3:20-CR-95-J-39MCR

RICHARD EVERETT CAMP, JR.
_____/

**MOTION TO PERMIT
REMOTE WITNESS TESTIMONY**

COMES NOW the Defendant, Richard Everett Camp Jr., by and through his undersigned counsel, and hereby respectfully requests this Honorable Court permit remote testimony (for a select number of witnesses) at the May 25, 2021 sentencing hearing, and in support hereof, states as follows:

1. The Court has scheduled Mr. Camp's sentencing hearing for May 25, 2021, at 9:00 a.m.

2. As part of Mr. Camp's sentencing presentation, counsel is expected to call a number of witnesses who will testify on Mr. Camp's behalf.

3. Due to the professional schedules of some of the witnesses, it would be difficult for some to appear and testify in person. Thus, counsel is requesting these witnesses be allowed to appear remotely, via Zoom and/or any audio/visual technology deemed appropriate by the Court.

4. This Honorable Court has previously granted a similar motion filed by

what is, effectively, Mr. Camp's codefendant, Gretchen Camp. MDF Case No: 3:21-cr-00009 Doc. 34.

5. Counsel has conferred with counsel for the government, and has been permitted to inform the Court the government has no objection to this motion.

WHEREFORE, Defendant, Richard Camp, respectfully requests this motion be granted, and that this Honorable Court permit remote testimony at the May 25, 2021 sentencing hearing.

Respectfully submitted,

**FALLGATTER CATLIN & VARON, P.A.**

  /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No:  0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, and the exhibits hereto, have been furnished electronically to: (1) Frank Talbot, Esq. (Frank.M.Talbot@usdoj.gov) and (2) Bonnie Glober, Esq. (Bonnie.Glober@usdoj.gov), Office of the United States Attorney, 300 N. Hogan St., Ste. 700, Jacksonville, FL   32202, and (3) Irish Anderson (irish_anderson@flmp.uscourts.gov), this 20th day of May, 2021.

                                               /s/ Curtis S. Fallgatter
                                               ATTORNEY

106656