## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA          CASE NO. 3:20-cr-95(S1)-BJD-MCR

v.

RICHARD EVERETT CAMP, JR.

Counsel for Government:                    Counsel for Defendant:
Bonnie Glober                              Curtis Fallgatter
Frank Talbot
Mai Tran

### HONORABLE BRIAN J. DAVIS
### UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Chloe Swinton        Court Reporter: Shelli Kozachenko
U.S. Probation: Joshua Blakely

## CLERK'S MINUTES

**PROCEEDINGS OF: SENTENCING**

Plea previously accepted.

Defendant adjudged guilty on Count(s) **One, Two, and Three of the Superseding Information**

Defense Witnesses: **Jason Losco, Daniel Walsh, Richard Camp, Sr.,**

Defendant's Ore Tenus Motion to Seal Exhibit 4 is **GRANTED**.

Defense Exhibits: **1, 2, 3, 4(under seal), 5**

Court's Exhibit**: 1(letter)**

The sentencing is continued until further Order of the Court.

Defendant is remanded to the custody of the U.S. Marshal to await sentencing.

Date: May 25, 2021
Time: 9:04 a.m.– 11:25 a.m.
Total: 2 Hours, 21 Minutes