UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RICHARD EVERETT CAMP, JR. | CASE NO. 3:20-cr-95(S1)-BJD-MCR |
| Counsel for Government:<br>Bonnie Glober<br>Frank Talbot<br>Mai Tran | Counsel for Defendant:<br>Curtis Fallgatter |

HONORABLE BRIAN J. DAVIS
UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Chloe Swinton        Court Reporter: Shelli Kozachenko
U.S. Probation: Irish Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF: CONTINUATION OF SENTENCING**

Sentencing continued from May 25, 2021.

Plea previously accepted.

Defendant adjudged guilty on Count(s) **One, Two, and Three of the Superseding Information**

Imprisonment: **FORTY-EIGHT (48) MONTHS, this term consists of a FORTY-EIGHT (48) MONTH term as to Counts One through Three of the Superseding Information, all such terms to run concurrently.**

The Court makes the following recommendations to the Bureau of Prisons:
- Incarceration at FCI Jesup.
- Defendant participate in the Residential Drug Abuse Program (RDAP), if eligible, and any other substance abuse treatment programs available.
- Defendant enroll in any vocational rehabilitation programs as are available.
- Defendant receive mental health counseling.

Supervised Release: __THREE (3) YEARS, this term consists of a THREE (3) YEAR term as to each of Counts One through Three of the Superseding Information, all such terms to run concurrently.__

Special conditions of supervised release:
- Defendant shall participate as directed in a substance abuse program (outpatient and/or inpatient).
- Defendant shall participate as directed in a mental health treatment program, which shall include a domestic batterers intervention component (outpatient and/or inpatient).
- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, or vehicle.
- Defendant is prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.
- Defendant shall provide the probation officer access to any requested financial information.
- Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- The mandatory drug testing requirements of the Violent Crime Control Act are suspended.

Special Assessment: __$300.00__ to be paid immediately.

Restitution: __$ 5,699,043.01, jointly and severally with Gretchen Camp in Docket No. 3:21-cr-9-BJD-MCR.__

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

Government's Unopposed Motion for Entry of Order of Forfeiture and Preliminary Order of Forfeiture for Specific Assets (Doc. 34) is **GRANTED**.

Government's Motion for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance (Doc. 36) is **GRANTED**.

Date: June 17, 2021
Time: 9:59 a.m.– 10:32 a.m.
Total: 33 minutes